

**Entered on Docket**
**December 08, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP                                     E-Filed on 12/1/09
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146
Attorneys for  Secured Creditor
WACHOVIA MORTGAGE, FSB. F.K.A. WORLD SAVINGS BANK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>LYNDA RIZZO ,<br><br>      Debtor(s). | BK-N-09-51835-GWZ<br>Chapter 7<br><br>ORDER GRANTING ADEQUATE<br>PROTECTION<br><br>Date:  August 11, 2009<br>Time:  10:00 A.M. |

       The above-captioned matter came on for hearing on August 11, 2009, at 11:00 A.M., upon the Motion of Wachovia Mortgage, FSB F.K.A World Savings Bank ("Movant"), for relief from the automatic stay, to enforce its interest in the property of Lynda A Rizzo ("Debtor") commonly known as 441 Smithridge Park, Reno, Nevada  89502-5762.

On or before August 21, 2009, Debtor shall tender to Movant the sum of $620.40 representing the August 1, 2009 regular monthly mortgage payment.  Said sum shall be made payable with certified funds to Wachovia Mortgage.

The Debtor is to pay the June 1, 2009, and July 1, 2009, regular monthly mortgage payments by the entry of this Order.  Said payments shall be made payable with certified funds to Wachovia Mortgage and should be mailed to Wachovia Mortgage at 4101 Wiseman Boulevard, San Antonio, TX 78251.

The Debtor is to make on-going regular monthly payments pursuant to the Note and Deed of Trust.  Once Debtor has made the regular monthly mortgage payments as referenced above, for any further default Movant shall provide written notice by mail to Debtor indicating the nature of the default.  If Debtor fails to cure the default with certified funds after the passage of ten (10) calendar days from the date said notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

The Automatic Stay will remain in effect as long as the Debtor is making the above-referenced payments, until the Debtors' discharge occurs.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED


_____          _____

LYNDA RIZZO                        ANGELIQUE L.M. CLARK
PRO SE                             TRUSTEE
DEBTOR(S) ATTORNEY


ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

      The court has waived the requirement of approval under LR 9021.

      No parties appeared or filed written objections, and there is no trustee appointed in the case.

X     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

      Approved. - Debtor(s)/Debtor(s)' Attorney and Trustee

      Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

X     Failed to respond. - Debtor and Trustee

                             ###

By: /s/ Jacque Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #11385
Attorney for WACHOVIA MORTGAGE, FSB. F.K.A. WORLD SAVINGS BANK